

NUMBER 13-09-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: ALLIED CHEMICAL CORPORATION, ET AL.

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam[1]**

Relators, Allied Chemical Corporation, et al., filed a petition for writ of mandamus in which they contend that respondent, the Honorable Mario E. Ramirez Jr., presiding judge of the 332nd Judicial District Court of Hidalgo County, Texas, abused his discretion, leaving relators without an adequate appellate remedy, by rendering an "Order Compel[l]ing Plaintiffs and Intervenors to A[nsw]er Able Supply and Borg-Warner Interrogatories" in the underlying case on March 13, 2009.

This Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relators have not shown themselves entitled to the relief sought and the petition should be denied. *See* TEX. R. APP. P. 52.8(a).

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.")

Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 31st day of March, 2009.